1

2

3

4

5

6

7

8

9

10

Douglas L. Johnson (SBN 209216)
**JOHNSON & JOHNSON, LLP**
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: djohnson@jjllplaw.com

Attorneys for Defendants,
SVITLANA V. KYBYCH,
JOHN D. WALKER and
SHEILA A. WALKER

11

12

13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

14

15

16

17

18

19

20

Scott N. Johnson,

          Plaintiff,

    v.

Svitlana V. Kybych, Individually
and d/b/a Victoria's Therapeutic
Massage Clinic; John D. Walker;
and Sheila A. Walker,

          Defendants.

CASE NO.: 2:08-cv-02651-JAM-GGH

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR FRCP
RULE 11 SANCTIONS AND DISMISSING
CASE

Honorable John A. Mendez
Courtroom 6

21

22

23

24

25

26

27

28

1
[PROPOSED] ORDER

1    Defendants Svitlana V. Kybych, individually and d/b/a Victoria's

2    Therapeutic Massage Clinic, John D. Walker and Sheila A. Walker's motion for

3    FRCP Rule 11 Sanctions came on for hearing before this Court on May 6, 2009 at

4    9:00 a.m., Scott N. Johnson *in pro per* appearing for plaintiff and Douglas L.

5    Johnson appearing for defendants. After consideration of the briefs and arguments

6    of counsel, and all other matters presented to the Court, the Court finds that plaintiff

7    did make any reasonable inquiry to determine that the factual allegations of his

8    complaint had evidentiary support as required by Federal Rule of Civil Procedure,

9    Rule 11 prior to filing his complaint. See *California Architectural Building*

10   *Products, Inc. v. Franciscan Ceramics, Inc.* (9th Cir. 1987) 818 F. 2d 1466, 1472.

11   Accordingly, IT IS HEREBY ORDERED that defendants' motion is GRANTED as

12   follows:

13   1.    Plaintiff shall pay monetary sanctions to defendants for their costs and

14   fees of bringing the motion in the amount of five-thousand, one-hundred dollars

15   ($5,100) by delivering a check to defendants' counsel in that amount, made payable

16   to Johnson & Johnson, LLP, Attorney-Client Trust Account, on or before

17   May 3 1 , 2009;

18   2.    Plaintiff's complaint is dismissed without prejudice;

19   3.    Defendants' request that the Court issue an order *sua sponte* to show

20   cause why plaintiff should not be declared a vexatious litigant is denied without

21   prejudice;

22   4.    Plaintiff shall have until June 15, 2009 to file a complaint;

23   5.    Any inspection of defendants' premises shall take place on May 19,

24   2009 at 12:30 p.m.

25

26   Dated: 5-21-09

27   The Honorable John A. Mendez
     United States District Judge

28

1

*PROOF OF SERVICE*
*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES*

2

3    I am employed in the County of Los Angeles, State of California by JOHNSON &
JOHNSON LLP, and am over the age of 18 and not a party to the within action. My business
4    address is 439 N. Canon Drive, Suite 200, Beverly Hills, California 90210.

5    On *May 20, 2009,* I served the foregoing document described as:

6    [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR FRCP
RULE 11 SANCTIONS AND DISMISSING CASE (REVISED) on:
7

8    *Scott N. Johnson*
*Disabled Access Prevents Injury, Inc.*
9    *5150 Fair Oaks Blvd., Suite 101*
*PMB #253*
10   *Carmichael, CA 95608-5758*
*Telephone:    (916) 485-3516*
11   *Facsimile:    (916) 481-4224*
*Email:        scottnjohnson@comcast.net*
12   Attorneys for Plaintiff,
Scott N. Johnson

13
     METHOD OF SERVICE
14

15   [X]    (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on Court rules and/or an
            agreement of the parties to accept service by e-mail or electronic service, I served the
16          listed parties electronically and/or enclosed the document to be sent to the persons at the
            e-mail addresses listed. I did not receive, within a reasonable time after the transmission,
17          any electronic message or other indication that the transmission was unsuccessful.

18   I am employed in the office of a member of the bar of this court at whose direction the
     service was made. I declare under penalty of perjury under the laws of the United States and the
19   State of California that the foregoing is true and correct.

20   Executed on *May 20, 2009* at Beverly Hills, California.

21

22
                                                    _____
23                                                         Nicholas A. Kurtz

24

25

26

27

28